**Order entered December 29, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01006-CV

## IN RE THE GUARDIANSHIP OF SYDNEY AYN LAROE, AN INCAPACITATED PERSON

**On Appeal from the Probate Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. PR-09-3185-1**

## ORDER

We **GRANT** appellant's December 21, 2015 unopposed second motion for an extension of time to file a brief. Appellant shall file a brief by **JANUARY 4, 2016**.

/s/  ELIZABETH LANG-MIERS
    JUSTICE